**Petitions for Permission to Appeal Denied and Memorandum Opinion filed November 6, 2018.**



## In The

## Fourteenth Court of Appeals

_____

### NOS. 14-18-00802-CV and 14-18-00803-CV
_____

### BAYLOR COLLEGE OF MEDICINE, DR. HADLEY AND TEXAS CHILDREN'S HOSPITAL PAVILION FOR WOMEN, Appellants

### V.

### CINDI C. DAVIS AND JOHN DAVIES, Appellees

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-05395**

---

### MEMORANDUM OPINION

Appellant Baylor College of Medicine and appellants Dr. Hailey Hall and Texas Children's Hospital Pavilion for Women, pursuant to section 51.014(f) of the Texas Civil Practices and Remedies Code, filed petitions for permission to appeal the following orders signed by the Honorable Fredericka Phillips of the 61st District Court, Harris County, Texas: (1) the amended order signed on September 6, 2018 denying Baylor College of Medicine's traditional motion for summary judgment on

limitations, and (2) the order signed on August 13, 2018 denying Dr. Hailey Hall's and Texas Children's Hospital Pavilion for Women's second amended traditional motion for summary judgment (the "orders").

To be entitled to a permissive appeal from an interlocutory order that is not otherwise appealable, the requesting party must establish that the order "involves a controlling question of law as to which there is a substantial ground for difference of opinion" and allowing an immediate appeal "may advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code § 51.014(d); *see also* Tex. R. App. P. 28.3.

The petitions fail to establish that the challenged orders involve a controlling question of law as to which there is a substantial ground for difference of opinion. Accordingly, we deny the petitions and dismiss the appeals.


PER CURIAM

Panel consists of Justices Christopher, Busby, and Brown.